UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TINA WHITE and CARLOS ALLEN | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | JUDGE |
| | * | |
| NUMEROUS UNKNOWN AGENTS; THE OFFICE OF THE SHERIFF OF EAST BATON ROUGE; DETECTIVE EARNEST MAJOR; DETECTIVE ERIC JONES | * | MAGISTRATE JUDGE |

*************************************************************

## NOTICE OF REMOVAL

Defendants, Detective Earnest Major and Detective Eric Jones, submit notice pursuant to 28 U.S.C. 1441 et seq, that the claims of plaintiffs, Tina White and Carlos Allen, have been removed from the 19th Judicial District Court in and for the Parish of East Baton Rouge, State of Louisiana, to the United States District Court for the Middle District of Louisiana.

1.

Detective Earnest Major and Detective Eric Jones have been named as defendants in a civil action entitled *"Tina White and Carlos Allen versus Numerous Unknown Agents; The Office of the Sheriff of East Baton Rouge; Detective Earnest Major; Detective Eric Jones,"* Number 571,600, Section 27 on the docket of the 19th Judicial District Court in and for the Parish of East Baton Rouge, State of Louisiana.

2.

The original petition was filed on October 13, 2008 and sets forth allegations of violations of the Constitution of the United States of America, more specifically in paragraphs 2, 3, and 17.

3.

As shown above, this Notice of Removal is timely and it has been filed within thirty (30) days after receipt by defendants, through service or otherwise, of a copy of plaintiffs' original petition, which alleges violations of the Constitution of the United States of America.

4.

This civil action by plaintiffs is one in which this Court has original jurisdiction under the provisions of 28 U.S. C. 1331 and 42 U.S.C. 1981, et seq., and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. 1441, et seq., in that plaintiffs alleges that they sustained damages through defendants' actions, which plaintiffs allege were in violation of the Constitution of the United States of America. Therefore, federal question jurisdiction exists.

5.

Attached hereto as Exhibit "A" is a copy of all process, pleadings and orders served upon defendants in the State Court action, pursuant to 28 U.S.C. 1446(a).

6.

Pursuant to 28 U.S.C. 1446(d), the defendants have been given and served written notice of this removal on all adverse parties through its counsel of record and have filed a copy of this Notice of Removal with the Clerk of State Court where the action was originally filed (See attached Exhibit "B", cover letter and Notice of Filing of Removal). Pursuant to 28 U.S.C. 1446(a) and Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel states that the averments of this Notice of Removal are well grounded in fact and are warranted by existing law and this matter is within the

jurisdiction of this Court pursuant to 28 U.S.C. 1331, 42 U.S.C. 1981, et seq and 28 U.S.C. 1441, et seq.

WHEREFORE, defendants Detective Earnest Major and Detective Eric Jones pray that this Notice of Removal be deemed good and sufficient as required by law, that the aforesaid action "*Tina White and Carlos Allen versus Numerous Unknown Agents; The Office of the Sheriff of East Baton Rouge; Detective Earnest Major; Detective Eric Jones,*" 571,600, Section 27, on the docket of the 19th Judicial District Court in and for the Parish of East Baton Rouge, State of Louisiana, be removed from that court to the United States District Court for the Middle District of Louisiana, and that this Court have and assume full and complete jurisdiction thereof and issue all necessary orders and grant all general and equitable relief to which defendants might be entitled, and that all further proceedings in the State court be discontinued.

Respectfully submitted:

CRAWFORD LEWIS, P.L.L.C.

BY: s/ Tara L. Johnston

JAMES R. LEWIS (8844)
MARY G. ERLINGSON (19562)
TARA L. JOHNSTON (28100)
450 Laurel Street, Suite 1600
Baton Rouge, Louisiana 70821-3656
Telephone: (225) 343-5290
*Counsel for Defendants Earnest Major and Eric Jones*

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the above and foregoing Notice of Removal has this day been sent by U.S. postal mail, postage prepaid, to counsel of record as follows:

**C. Frank Holthaus**
**DeGravelles, Palmintier, Holtaus & Fruge'**
**618 Main St.**
**Baton Rouge, LA  70801**

Baton Rouge, Louisiana, this 20th day of November, 2008.

                                        s/Tara L. Johnston
                                        Tara L. Johnston

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TINA WHITE and CARLOS ALLEN | * | CIVIL ACTION NO. |
| | * | |
| | * | |
| VERSUS | * | JUDGE |
| | * | |
| NUMEROUS UNKNOWN AGENTS; | * | |
| THE OFFICE OF THE SHERIFF OF | * | |
| EAST BATON ROUGE; DETECTIVE | * | |
| EARNEST MAJOR; DETECTIVE ERIC JONES | * | MAGISTRATE JUDGE |

*************************************************************

## CERTIFICATE

**NOW INTO COURT**, through undersigned counsel, comes defendant, East Baton Rouge Parish Sheriff's Office, who states that the exhibits attached hereto constitute the entire state court record of *"Tina White and Carlos Allen versus Numerous Unknown Agents; The Office of the Sheriff of East Baton Rouge; Detective Earnest Major; Detective Eric Jones,"* Number 571,600, Section 27, on the docket of the 19th Judicial District Court in and for the Parish of East Baton Rouge, State of Louisiana.

Respectfully submitted,

CRAWFORD LEWIS, P.L.L.C.

BY:  s/Tara L. Johnston
     JAMES R. LEWIS (#8844)
     MARY G. ERLINGSON (19562)
     TARA L. JOHNSTON (28100)
     450 Laurel Street, Suite 1600
     Baton Rouge, Louisiana 70821-3656
     Telephone: (225) 343-5290
     *Counsel for East Baton Rouge Parish Sheriff's Office*

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the above and foregoing has this day been sent by U.S. postal mail, postage prepaid, to counsel of record as follows:

**C. Frank Holthaus**
**DeGravelles, Palmintier, Holtaus & Fruge'**
**618 Main St.**
**Baton Rouge, LA  70801**

Baton Rouge, Louisiana, this 20th day of November, 2008.

                                        s/Tara L. Johnston
                                        Tara L. Johnston

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TINA WHITE and CARLOS ALLEN | * | CIVIL ACTION NO. |
| | * | |
| | * | |
| VERSUS | * | JUDGE |
| | * | |
| NUMEROUS UNKNOWN AGENTS; | * | |
| THE OFFICE OF THE SHERIFF OF | * | |
| EAST BATON ROUGE; DETECTIVE | * | |
| EARNEST MAJOR; DETECTIVE ERIC JONES | * | MAGISTRATE JUDGE |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**LIST OF ALL DOCUMENTS INCLUDED IN STATE COURT RECORD**

1. Petition for Damages