UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TINA WHITE and CARLOS ALLEN

VERSUS                                                    CIVIL ACTION

NUMEROUS UNKNOWN AGENTS;                                  NO. 08-760-JVP-SCR
THE OFFICE OF THE SHERIFF OF
EAST BATON ROUGE; DETECTIVE
EARNEST MAJOR; DETECTIVE ERIC JONES

## ORDER

This matter is before the court on an unopposed motion by named defendant, "The Office of the Sheriff of East Baton Rouge Parish," to dismiss for lack of capacity to be sued (doc. 4). It is well established that the Sheriff's Office is not a legal entity; therefore, not only does it lack capacity to be sued, it also lacks capacity to file papers with the court.

Accordingly, it is hereby **ORDERED** that the presence of named defendant, "The Office of the Sheriff of East Baton Rouge Parish," shall be ignored.

Baton Rouge, Louisiana, March 25th, 2009.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA